UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIDGET BROWN PARSON, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-1553-B |
| | § | |
| US BANK SELECT PORTFOLIO, ET AL., | § | |
| | § | |
| Appellees. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is *pro se* Appellant Bridget Brown Parson's bankruptcy appeal challenging the Order of the United States Bankruptcy Court for the Northern District of Texas *Dismissing Chapter 13 Case Pursuant to Order for Special Monitoring*. Doc. 1, 4–5. This is one of several appeals that Parson has filed related to her bankruptcy case. *See In re Bridget Brown Parson*, Case No. 15-30080-bjh13 (N.D. Tex. L.B.R filed Jan. 5 2015). On June 16, 2018, the bankruptcy clerk transmitted notice of this appeal and docketed the case in this Court. Doc. 1. However, the clerk noted that Parson's appeal was deficient because she had not yet paid the filing fee pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(3)(C). *Id.* As of the date of this order, Parson has still not paid the filing fee. The Federal Rules of Bankruptcy Procedure provide that if an appellant fails to pay the requisite fee, the district court may "act as it considers appropriate, including dismissing the appeal." Fed. R. Bankr. P. 8003(a)(2).

Further, on August 7, 2018, this Court ordered Parson to show cause for why this appeal should not be dismissed by August 22, 2018. Doc. 8. As of the date of this order, Parson has yet to

respond or give reason for her failure to cure the deficiency in her appeal. Accordingly, because Parson has failed to respond to this Court, the Court **DISMISSES** this appeal **WITHOUT PREJUDICE**.

SO ORDERED.

SIGNED: September 4, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE